STATE OF NEW JERSEY v. MARIA HORTA.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL P. HORTA.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTA ROSADO.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CUCCHIARO.

December 11, 1974. Petition for certification denied.

ALLAN G. KAPLAN v. CONTINENTAL CAN COMPANY, INC.

December 11, 1974. Petition for certification denied.

HACKENSACK MEADOWLANDS DEVELOPMENT COMMISSION v. MUNICIPAL SANITARY LANDFILL AUTHORITY.

September 16, 1974. Certification to Law Division, Superior Court is granted.